IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NIKIA BRANHAM | * | Case No. 3:24-cv-301 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| MIAMI VALLEY HOSPITAL/PREMIER HEALTH NETWORK | * | |
| Defendant. | * | |

## DECISION AND ENTRY OVERRULING PLAINTIFF'S MOTION TO EXCLUDE DEFENDANT'S LAY WITNESS TESTIMONY FOR LATE DISCLOSURE (DOC. #21); REASONING SET FORTH

Plaintiff's Motion to Exclude Defendant's Lay Witness Testimony for Late Disclosure (Doc. #21) is **OVERRULED**.

Given that Defendant submitted its witness list on February 2, 2026, only one business day beyond the deadline of Friday, January 30, 2026, and, further, given the weather conditions that prevailed in the greater Dayton community over the weekend between the due date and the late disclosure of which Plaintiff complains, it is extremely hard for this Court to ascertain how the "late disclosure" would prejudice Plaintiff's ability to prepare for trial and, accordingly, prejudice Plaintiff.

Date: 2-11-26

_Worber H. Rice_

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**