# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NIKIA BRANHAM, | ) | Case No. 3:24-cv-301 |
| | ) | |
| Plaintiff, | ) | Judge Walter Rice |
| | ) | Magistrate Judge Caroline H. Gentry |
| v. | ) | |
| | ) | |
| MIAMI VALLEY HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S JURY DEMAND FROM HER FIRST AMENDED COMPLAINT

This Matter is before the Court on Defendant Miami Valley Hospital's ("Defendant") *Motion to Strike Plaintiff's Jury Demand From Her First Amended Complaint*. Because this Court has already held that Plaintiff's request to add a jury demand is not permitted (ECF 29, at PageID #191), Plaintiff's jury demand within her First Amended Complaint (ECF 31) is improper and must be stricken. Accordingly, it is ORDERED that: (1) Defendant's Motion to Strike is GRANTED; and (2) Plaintiff's Jury Demand is STRICKEN from her First Amended Complaint. This matter, if tried, shall be to the Court on a bench trial.

IT IS SO ORDERED.

Date:   4-24-2026

WALTER H. RICE
UNITED STATES DISTRICT JUDGE